Fill in this information to identify the case:

Debtor name: Tims 8 Mile LLC
United States Bankruptcy Court for the: EASTERN DISTRICT OF MICHIGAN
Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| City of Harper Woods Water & Sewer Dept. 19617 Harper Ave. Harper Woods, MI 48225 | J. Syzmanski<br>Hwwater@harperwoods.net<br>313-343-2500 | Utility | | | | $1,092.00 |
| Comcast 41112 Concept Dr. Plymouth, MI 48170 | 866-385-2942 | Utility | | | | $322.00 |
| Lipari 26661 Bunert Rd. Warren, MI 48089 | Mike Plocinik<br>Mike_Plocinik@liparifoods.com<br>586-447-3500 | Trade debt | | | | $8,110.94 |
| Maple Lane Pest Control 6020 Chicago Rd. Warren, MI 48092 | Kathy<br>mlpc123@yahoo.com<br>586-939-6810 | Trade debt | | | | $283.00 |
| NUCO2 2800 SE Marketplace Stuart, FL 34997 | Rebecca Sheriff<br>RSheriff@nuco2.com<br>772-221-1754 | Trade debt | | | | $180.00 |
| Securatech 30201 Orchard Lake Rd., Ste. 109 Farmington, MI 48334 | Rudy Patros<br>rudy@securatech.com<br>877-929-2288 | Trade debt | | | | $231.00 |
| SI Midwest 3057 Steeplechase Highland, MI 48357 | Mark Aichele<br>markaichele@comcast.net<br>810-223-8381 | Trade debt | | | | $1,872.32 |

| Debtor | Tims 8 Mile LLC | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Tim Donut U.S. Limited, Inc.<br>5505 Blue Lagoon Dr.<br>Miami, FL 33126 | Michael D. Joblove, Esq.<br><br>mjoblove@gjb-law.com<br>305-349-2333 | Rent/Taxes | | | | $79,290.00 |
| Tim Hortons USA , Inc.<br>Tim Donut U.S. Limited, Inc.<br>5505 Blue Lagoon Dr.<br>Miami, FL 33126 | Michael D. Joblove, Esq.<br><br>mjoblove@gjb-law.com<br>305-349-2333 | Amounts sought in litigation | Contingent Unliquidated Disputed | | | $1,421,737.19 |
| Tim Hortons USA, Inc.<br>5505 Blue Lagoon Dr.<br>Miami, FL 33126 | Michael D. Joblove, Esq.<br><br>mjoblove@gjb-law.com<br>305-349-2333 | Amounts sought in litigation | Contingent Unliquidated Disputed | | | $10,061,234.88 |
| Tim Hortons USA, Inc.<br>5505 Blue Lagoon Dr.<br>Miami, FL 33126 | Michael D. Joblove, Esq.<br><br>mjoblove@gjb-law.com<br>305-349-2333 | Ad Fund | | | | $17,837.00 |
| Tim Hortons USA, Inc.<br>5505 Blue Lagoon Dr.<br>Miami, FL 33126 | Michael D. Joblove, Esq.<br><br>mjoblove@gjb-law.com<br>305-349-2333 | Royalties | | | | $7,260.00 |
| US Foods<br>28001 Napier Rd.<br>Wixom, MI 48393 | Mike Trombley<br><br>michael.trombley@usfoods.com<br>248-735-1200 | Trade debt | | | | $3,948.56 |
| Wasch Raines, LLP<br>Crystal Corporate Center<br>2500 N. Military Trail, Ste. 100<br>Boca Raton, FL 33431 | Adam G. Wasch, Esq.<br><br>awasch@waschraines.com<br>561-693-3221 | Professional Services | | | | $42,134.96 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |

| Debtor | Tims 8 Mile LLC | | Case number *(if known)* | | |
| --- | --- | --- | --- | --- | --- |
| | Name | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| --- | --- | --- | --- | --- | --- | --- |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| | | | | | | $0.00 |

Official form 204     Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims     page 3

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy